UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. |
| Plaintiff, | : | **1:09CR--168** |
| | : | |
| v. | : | Judge |
| | : | |
| DONALD SPELL, | : | **INFORMATION** |
| Defendant. | : | 29 U.S.C. § 501(c) |
| | : | |

The United States Attorney charges:

## COUNT 1

Beginning on or about October 5, 2005, and continuing up to and including April 7, 2006, in the Southern District of Ohio, defendant Donald Spell, while an employee of UNITE-HERE Local 12, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $16,422.83.

**All in violation of Title 29, United States Code, Section 501(c).**

WILLIAM E. HUNT
Acting United States Attorney

ANTHONY SPRINGER
Deputy Criminal Chief